IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00272-01-CR-W-BP |
| JEFFREY TRETA, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On March 24, 2014, defendant filed a motion for judicial determination of mental competency. He was examined by Miriam Kissin, Psy.D., a forensic psychologist, in Devens, Massachusetts, who filed a report dated June 2, 2014.

On July 10, 2014, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender William Raymond. The government was represented by Assistant United States Attorney Katharine Fincham. The parties stipulated to the contents and findings of Dr. Kissin (Tr. at 2).

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the ten day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 2-3). Any objections to this Report and Recommendation shall be filed by July 14, 2014.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 11, 2014