**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00272-01-CR-W-BP |
| | ) | |
| JEFFREY LAURENCE TRETA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 11, 2014, Magistrate Judge Robert E. Larsen issued his Report and Recommendation that the Court should find Defendant Jeffrey Laurence Treta is not currently suffering from a mental disease or defect preventing him from understanding the nature and consequences of the proceedings against him, from standing trial, or from assisting in his defense. (Doc. 22.) Defendant underwent a forensic evaluation of his competency, which found that his "competency-related skills are not significantly compromised by symptoms of serious mental illness or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Neither party objects to the Report and Recommendation. After conducting an independent review of the Report and forensic evaluation, the Court adopts the Report as its Order.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/28/2014